FILED

1  | **EDWARD R. SCHWARTZ, CA Bar No. 147553**
2  | *ers@cph.com*
   | **CHRISTIE, PARKER & HALE, LLP**
3  | **350 West Colorado Boulevard, Suite 500**
   | **Post Office Box 7068**
4  | **Pasadena, California 91109-7068**
   | **Telephone: (626) 795-9900**
5  | **Facsimile: (626) 577-8800**

2009 AUG -4 PM 2: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiff,
MOBILE HI-TECH WHEELS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS, | Case No. **CV09-5695VDF (RC** |
| Plaintiff, | |
| vs. | **COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL** |
| MKW ALLOY, INC., | |
| Defendant. | |

## I.  JURISDICTION.

1.     This is an action for patent infringement in violation of the patent laws of the United States, 35 U.S.C. § 1, et seq.  This Court has jurisdiction under 28 U.S.C. §§ 1338(a).

2.     Venue is proper under 28 U.S.C. §§ 1391(b ) and (c) and 1400(b) in that Defendant is a corporation which has a principal place of business in this judicial district.

## II.  PARTIES.

3.     Plaintiff Mobile Hi-Tech Wheels ("MHT") is a corporation organized and existing under the laws of the State of California having a principal place of business at 12300 Industry Street, Garden Grove, California.

-1-

1      4.     On information and belief, Defendant MKW Alloy, Inc. is a

2 corporation organized under the laws of the State of California having a principal

3 place of business at 19525 E. Walnut Drive South, City of Industry, California

4 91748.

5 **III.    FACTUAL BACKGROUND.**

6      5.     Since 1986, MHT has been engaged and is presently engaged in the

7 design and distribution of custom wheels for automobiles. MHT's products are

8 sold to automobile dealers and retail distributors of automobile wheels as well as

9 to ultimate consumers throughout the United States.

10      6.     On June 18, 2008, MHT filed an application, Serial No. 29/308,490,

11 with the United States Patent and Trademark Office ("PTO") to obtain a design

12 patent on a novel design for a wheel which MHT sells under the name

13 ILLUSION. The application was filed in the name of Steven Hetrick ("Hetrick"),

14 the ILLUSION wheel design's inventor, and was assigned to MHT. A patent for

15 the ILLUSION wheel design entitled "Vehicle-Wheel Front Face," Patent

16 Number D578,459 issued on October 14, 2008 ("the '459 Patent"). A copy of the

17 '459 Patent is attached hereto as Exhibit A.

18      7.     On June 18, 2008, MHT filed an application, Serial No. 29/308,477

19 with the PTO to obtain a design patent on a novel design for a wheel which MHT

20 sells under the name BOMBER. The application was filed in the name of

21 Hetrick, the BOMBER wheel design's inventor, and was assigned to MHT. A

22 patent for the BOMBER wheel design entitled "Vehicle-Wheel Front Face,"

23 Patent Number D585,808, issued on February 3, 2009 ("the '808 Patent"). A copy

24 of the '808 Patent is attached hereto as Exhibit B.

25      8.     Notwithstanding the rights of MHT in its ILLUSION and BOMBER

26 wheel designs, Defendant has manufactured, imported, offered for sale and/or

27 sold vehicle wheels which embody the patented ILLUSION and BOMBER

28 designs. Screen shots from Defendant's website showing Defendant's infringing

CHRISTIE, PARKER & HALE, LLP

1    N10 and A701 wheels are attached hereto as Exhibits C and D.

2    9.    Defendant's manufacture, importation, offer for sale and/or sale of
3    vehicle wheels which embody Plaintiff's ILLUSION and BOMBER wheel
4    designs has been and is without the consent or authorization of MHT.

6    **FIRST CLAIM FOR RELIEF**
7    **(Patent Infringement)**

8    10.    Plaintiff repeats and realleges herein the allegations contained in
9    paragraphs 1 through 9 hereinabove.

10    11.    On information and belief, Defendant, alone or in concert with
11    others, has manufactured, imported, offered for sale, and/or sold and continues to
12    sell in this district and elsewhere in the United States, vehicle wheels which
13    infringe the claim of the '459 and '808 Patents.

14    12.    By its aforesaid acts, Defendant has violated 35 U.S.C. § 271 by its
15    direct infringement of the '459 and '808 Patents and by its acts of inducing others
16    to infringe the '459 and '808 Patents

17    13.    On information and belief, the acts of infringement of Defendant will
18    continue unless enjoined by this Court.

19    14.    Plaintiff is being damaged by Defendant's infringement of the '459
20    and '808 Patents and is being and will continue to be irreparably damaged unless
21    Defendant's infringement is enjoined by this Court.  Plaintiff does not have an
22    adequate remedy at law.

23    15.    On information and belief, Defendant's infringement of the '459 and
24    '808 Patents is and has been willful.

26    WHEREFORE, Plaintiff demands judgment against Defendant as follows:
27    1.    That this Court adjudge and declare:
28    a.    that it has jurisdiction of the parties and of the subject matter

-3-

1   of this action;

2   b.   that United States Patent Nos. D578,459 and D585,808 are
3        owned by MHT and are valid; and

4   c.   that Defendant has committed acts of patent infringement by
5        its manufacture, importation, offer for sale and/or sale of
6        vehicle wheels having designs that are colorable imitations of
7        Plaintiff's ILLUSION and BOMBER wheel designs.

8   2.   That Defendant be required by mandatory injunction to deliver up to
9   MHT for destruction any and all wheels in Defendant's possession, custody or
10  control embodying unauthorized use of the designs shown in United States Patent
11  No. D578,459 or D585,808, as well as any promotional literature and packaging
12  which display either of the infringing wheel designs;

13  3.   That Plaintiff be awarded damages covered by the acts of patent
14  infringement of Defendant in an amount not less than a reasonable royalty
15  pursuant to 25 U.S.C. § 284 or in an amount equal to Defendant's profits pursuant
16  to 35 U.S.C. § 289, whichever is greater, and that such damages be trebled in
17  accordance with the provisions of 35 U.S.C. § 284;

18  4.   That Defendant pay Plaintiff prejudgment interest on all
19  infringement damages;

20  5.   That Plaintiff have and recover its costs in this action, including
21  attorney's fees; and

22  6.   That Plaintiff have such other or further relief as the Court may deem
23  just and proper.

24  DATED: August 3, 2009          Respectfully submitted,

25                                 CHRISTIE, PARKER & HALE, LLP

26                                 By _____
                                      Edward R. Schwartz

27                                 Attorneys for Plaintiff,
28                                 MOBILE HI-TECH WHEELS

CHRISTIE, PARKER & HALE, LLP

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff hereby makes demand for a jury trial of this action.

3

4    DATED:  August 3, 2009                    Respectfully submitted,

5                                              CHRISTIE, PARKER & HALE, LLP

6

7                                              By _____
                                                  Edward R. Schwartz

8
                                               Attorneys for Plaintiff,
9                                              MOBILE HI-TECH WHEELS

10
    SES PAS857590.1-*-08/3/09 12:06 PM
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

(12) **United States Design Patent**     (10) Patent No.:      **US D578,459 S**

Hetrick     (45) Date of Patent:     ✶✶  **Oct. 14, 2008**

(54) **VEHICLE-WHEEL FRONT FACE**

(75) Inventor:  **Steven Hetrick**, Westminster, CA (US)

(73) Assignee:  **Mobile Hi-Tech Wheels**, Garden Grove, CA (US)

(✶✶) Term:  **14 Years**

(21) Appl. No.: **29/308,490**

(22) Filed:  **Jun. 18, 2008**

(51) **LOC (8) Cl.** .............................................. **12-16**
(52) **U.S. Cl.** ................................................... **D12/211**
(58) **Field of Classification Search** ........ D12/204–213;
301/37.101, 64.101, 65, 64.201
See application file for complete search history.

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D392,611 | S | * | 3/1998 | Echazabal et al. .......... D12/211 |
| D517,972 | S | * | 3/2006 | Tirado ...................... D12/211 |
| D524,216 | S | * | 7/2006 | Scheu ....................... D12/211 |
| D541,726 | S | * | 5/2007 | Musser ..................... D12/211 |
| D545,750 | S | * | 7/2007 | Young ...................... D12/211 |
| D546,265 | S | * | 7/2007 | Young ...................... D12/211 |
| D549,634 | S | * | 8/2007 | Foose ....................... D12/211 |
| D557,650 | S | * | 12/2007 | Musser ..................... D12/211 |
| D570,760 | S | * | 6/2008 | Hieke ....................... D12/211 |
| D573,083 | S | * | 7/2008 | Hetrick ..................... D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Christie, Parker & Hale, LLP.

(57)          **CLAIM**

The ornamental design for vehicle-wheel front face, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a vehicle-wheel front face according to my new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a second embodiment of my design using six spokes instead of five;

FIG. **4** is a front elevational view of the second embodiment; and,

FIG. **5** is a side elevational view of both embodiments.

Portions of the wheel depicted in broken lines are for illustrative purposes only, and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





EXHIBIT 4
PAGE 7

*FIG.1*



EXHIBIT 4
PAGE 4

FIG.2



EXHIBIT 4
PAGE 8

*FIG.3*



*FIG. 4*



EXHIBIT *A*
PAGE *10*

*FIG.5*



EXHIBIT *A*
PAGE *11*

# EXHIBIT B



US00D585808S

(12) **United States Design Patent**
Hetrick

(10) Patent No.: **US D585,808 S**
(45) Date of Patent: ** **Feb. 3, 2009**

(54) **VEHICLE-WHEEL FRONT FACE**

(75) Inventor: **Steven Hetrick**, Westminster, CA (US)

(73) Assignee: **Mobile Hi-Tech Wheels**, Garden Grove, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/308,477**

(22) Filed: **Jun. 18, 2008**

(51) **LOC (9) Cl.** .................................................. **12-16**
(52) **U.S. Cl.** .................................................... **D12/211**
(58) **Field of Classification Search** ........ D12/204–213;
301/37.101, 64.101, 65, 64.201
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D446,493 S | * | 8/2001 | Sulahian et al. | D12/211 |
| D454,107 S | * | 3/2002 | Chung | D12/211 |
| D458,208 S | * | 6/2002 | Hartl | D12/211 |
| D490,040 S | * | 5/2004 | Foose | D12/211 |
| D500,006 S | * | 12/2004 | Cahyono | D12/211 |
| D535,242 S | * | 1/2007 | Lyew | D12/211 |
| D555,568 S | * | 11/2007 | Hetrick | D12/211 |
| D578,459 S | * | 10/2008 | Hetrick | D12/211 |

* cited by examiner

Primary Examiner—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Christie, Parker & Hale, LLP

(57) **CLAIM**

The ornamental design for vehicle-wheel front face, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a vehicle-wheel front face according to my new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a side elevational view thereof;

FIG. **4** is a second embodiment of my design using five spokes instead of six;

FIG. **5** is a front elevational view of the second embodiment;

FIG. **6** is a side elevational view of the second embodiment;

FIG. **7** is a third embodiment of my design using eight spokes;

FIG. **8** is a front elevational view of the third embodiment; and,

FIG. **9** is a side elevational view of the third embodiment.

The broken line showing of the rear of the wheel rim, the bolt holes, and the circular elements on the rim between the spokes is included for the purpose of illustrating environment and forms no part of the claimed design.

**1 Claim, 9 Drawing Sheets**





EXHIBIT _B_
PAGE _12_

*FIG.1*



*FIG. 2*



EXHIBIT 
PAGE

*FIG.3*



EXHIBIT *B*
PAGE *15*



*FIG.4*



*FIG.5*



*FIG.6*



EXHIBIT *B*
PAGE *18*

*FIG.7*



*FIG.8*



EXHIBIT B
PAGE 20

*FIG.9*



EXHIBIT _B_
PAGE _21_

# EXHIBIT C



EXHIBIT _C_
PAGE _22_

# EXHIBIT D



EXHIBIT D
PAGE 23

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Valerie Baker Fairbank and the assigned discovery Magistrate Judge is Rosalyn M. Chapman.

The case number on all documents filed with the Court should read as follows:

## CV09- 5695 VBF (RCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MOBILE HI-TECH WHEELS

PLAINTIFF(S)

v.

MKW ALLOY, INC.

DEFENDANT(S) .

CASE NUMBER

**CV09-5695** VBF (RCx)

**SUMMONS**

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within <u>twenty</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint [ ]counterclaim[ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Edward R. Schwartz</u> , whose address is <u>Christie, Parker & Hale, LLP, 350 W. Colorado Blvd., Ste 500, Pasadena, CA 91105</u> . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   AUG - 4 2009 _____

By:  *Natalie Hongoria*

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MOBILE HI-TECH WHEELS | MKW ALLOY, INC. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Edward R. Schwartz, CA Bar No. 147553<br>ers@cph.com<br>CHRISTIE, PARKER & HALE, LLP<br>350 West Colorado Boulevard, Suite 500<br>Pasadena, California 91105<br>Phn. 626-795-9900; Fax 626-577-8800 | |

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No        ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent Infringement, 35 U.S.C. § 271.

**VII.  NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

| FOR OFFICE USE ONLY:    Case Number: | **CV09-5695** |
|---|---|

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No  [ ] Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No  [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): *Edward R. Schwartz*    Date August 3, 2009

Edward R. Schwartz

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |