1
**EDWARD R. SCHWARTZ, CA Bar No. 147553**
*ers@cph.com*

2
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Boulevard, Suite 500**

3
**Post Office Box 7068**
**Pasadena, California 91109-7068**

4
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

5

6
Attorneys for Plaintiff,
MOBILE HI-TECH WHEELS

7

8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10

11
MOBILE HI-TECH WHEELS,

12
             Plaintiff,

13
     vs.

14
MKW ALLOY, INC., DZINESQUARE,
INC., YOUNG H. KIM and DARE

15
TECHNOLOGIES, INC. dba DARE
GLOBAL and DARE WHEEL

16
MANUFACTURING CO., LTD.,

17
             Defendants.

18

Case No.  CV09-05695-VBF (RCx)

**SECOND AMENDED**
**COMPLAINT FOR PATENT**
**INFRINGEMENT; DEMAND FOR**
**JURY TRIAL**

19
**I.   JURISDICTION.**

20
     1.    This is an action for patent infringement in violation of the patent

21
laws of the United States, 35 U.S.C. § 1, et seq.  This Court has jurisdiction under

22
28 U.S.C. §§ 1338(a).

23
     2.    Venue is proper under 28 U.S.C. §§ 1391(b ) and 1400(b) in that

24
Defendants MKW Alloy, Inc., Dzinesquare, Inc. and Dare Technologies, Inc. are

25
California corporations which have places of business in this judicial district;

26
Defendant Young H. Kim resides in California; and a substantial part of the

27
events giving rise to Plaintiff's claim occurred in this district.

28

CHRISTIE, PARKER & HALE, LLP

## II.    PARTIES.

3.    Plaintiff Mobile Hi-Tech Wheels ("MHT") is a corporation organized and existing under the laws of the State of California having a principal place of business at 12300 Industry Street, Garden Grove, California.

4.    On information and belief, Defendant MKW Alloy, Inc. ("MKW") is a corporation organized under the laws of the State of California having a principal place of business at 19525 E. Walnut Drive South, City of Industry, California 91748.

5.    On information and belief, Defendant Dzinesquare, Inc., which does business as II Crave or 2 Crave ("II Crave"), is a corporation organized under the laws of the State of California, having a principal place of business at 14770 East Firestone Boulevard, #207, La Mirada, California 90638.

6.    On information and belief, Defendant Young H. Kim ("Kim") is the CEO of II Crave and is responsible for the acts of II Crave alleged hereinbelow.

7.    On information and belief, Defendant Dare Technologies, Inc. is a corporation organized and existing under the laws of the State of California which does business as Dare Global and Dare Wheel Manufacturing Co., Ltd. having a place of business at One City Boulevard West, Suite 325, Orange, California 92808.

## III.    FACTUAL BACKGROUND.

8.    Since 1986, MHT has been engaged and is presently engaged in the design and distribution of custom wheels for automobiles.  MHT's products are sold to automobile dealers and retail distributors of automobile wheels as well as to ultimate consumers throughout the United States.

9.    On June 18, 2008, MHT filed an application, Serial No. 29/308,490, with the United States Patent and Trademark Office ("PTO") to obtain a design patent on a novel design for a wheel which MHT sells under the name ILLUSION.  The application was filed in the name of Steven Hetrick ("Hetrick"),

-2-

1  the ILLUSION wheel design's inventor, and was assigned to MHT. A patent for
2  the ILLUSION wheel design entitled "Vehicle-Wheel Front Face," Patent
3  Number D578,459 issued on October 14, 2008 ("the '459 Patent"). A copy of the
4  '459 Patent is attached hereto as Exhibit A.

5     10.   On June 18, 2008, MHT filed an application, Serial No. 29/308,477
6  with the PTO to obtain a design patent on a novel design for a wheel which MHT
7  sells under the name BOMBER.    The application was filed in the name of
8  Hetrick, the BOMBER wheel design's inventor, and was assigned to MHT. A
9  patent for the BOMBER wheel design entitled "Vehicle-Wheel Front Face,"
10 Patent Number D585,808, issued on February 3, 2009 ("the '808 Patent"). A copy
11 of the '808 Patent is attached hereto as Exhibit B.

12     11.   Notwithstanding the rights of MHT in its ILLUSION and BOMBER
13 wheel designs, Defendants have manufactured, imported, offered for sale and/or
14 sold vehicle wheels which embody the patented ILLUSION and BOMBER
15 designs.   Screen shots from the websites of MKW and II Crave showing
16 exemplars of Defendants' infringing No. 10 and A701 wheels are attached hereto
17 as Exhibits C and D. On information and belief, Kim designed the infringing
18 wheels with full knowledge of MHT's patented ILLUSION and BOMBER wheel
19 designs, as well as the commercial success of MHT's wheels.

20     12.   Defendants' manufacture, importation, offer for sale and/or sale of
21 vehicle wheels which embody Plaintiff's ILLUSION and BOMBER wheel
22 designs has been and is without the consent or authorization of MHT.

23     13.   On February 5, 2009, counsel for MHT sent a letter to II Crave
24 demanding that cease its infringement of MHT's '459 patent by virtue of II
25 Crave's offer for sale and sale of the No. 10 wheel. II Crave responded that it had
26 not as yet sold the accused wheel and had decided not to do so but that it would
27 reconsider its decision in view of MHT's demand letter. True copies of MHT's
28 demand letter and II Crave's response are attached hereto as Exhibits E and F.

-3-

CHRISTIE, PARKER & HALE, LLP

# FIRST CLAIM FOR RELIEF

## (Patent Infringement)

14.    Plaintiff repeats and realleges herein the allegations contained in paragraphs 1 through 13 hereinabove.

15.    Defendants, alone or in concert with others, have manufactured, imported, offered for sale, and/or sold and continue to sell in this district and elsewhere in the United States, vehicle wheels which infringe the claims of the '459 and '808 Patents.

16.    By its aforesaid acts, Defendants have violated 35 U.S.C. § 271 by their direct infringement of the '459 and '808 Patents and by their acts of inducing others to infringe the '459 and '808 Patents

17.    On information and belief, the acts of infringement of Defendants will continue unless enjoined by this Court.

18.    Plaintiff is being damaged by Defendants' infringement of the '459 and '808 Patents and is being and will continue to be irreparably damaged unless Defendants' infringement is enjoined by this Court.  Plaintiff does not have an adequate remedy at law.

19.    On information and belief, Defendants' infringement of the '459 and '808 Patents is and has been willful.


WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, as follows:

1.    That this Court adjudge and declare:

    a.    that it has jurisdiction of the parties and of the subject matter of this action;

    b.    that United States Patent Nos. D578,459 and D585,808 are valid and are owned by MHT; and

    c.    that Defendants have committed acts of patent infringement

CHRISTIE, PARKER & HALE, LLP

by their manufacture, importation, offer for sale and/or sale of vehicle wheels having designs that are colorable imitations of Plaintiff's patented ILLUSION and BOMBER wheel designs.

2.    That Defendants be required by mandatory injunction to deliver up to MHT for destruction any and all wheels in Defendants' possession, custody or control embodying unauthorized use of the designs shown in United States Patent No. D578,459 or D585,808, as well as any promotional literature and packaging which display either of the infringing wheel designs;

3.    That Plaintiff be awarded damages covered by the acts of patent infringement of Defendants in an amount not less than a reasonable royalty pursuant to 25 U.S.C. § 284 or in an amount equal to Defendants' profits pursuant to 35 U.S.C. § 289, whichever is greater, and that such damages be trebled in accordance with the provisions of 35 U.S.C. § 284;

4.    That Defendants pay Plaintiff prejudgment interest on all infringement damages;

5.    That Plaintiff have and recover its costs in this action, including attorney's fees; and

6.    That Plaintiff have such other or further relief as the Court may deem just and proper.

DATED:  December 3, 2009

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By Edward R. Schwartz

Attorneys for Plaintiff,
MOBILE HI-TECH WHEELS

1

## **DEMAND FOR JURY TRIAL**

2
Plaintiff hereby makes demand for a jury trial of this action.

3

4
DATED: December 3, 2009                    Respectfully submitted,

5
                                           CHRISTIE, PARKER & HALE, LLP

6

7
                                           By _____

8
                                               Edward R. Schwartz

9
                                           Attorneys for Plaintiff,
                                           MOBILE HI-TECH WHEELS

10

SES PAS873611.1-*-12/3/09 10:21 AM

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



US00D578459S

(12) **United States Design Patent**     (10) Patent No.:     **US D578,459 S**

Hetrick     (45) Date of Patent:     ✱✱    **Oct. 14, 2008**

(54) **VEHICLE-WHEEL FRONT FACE**

(75) Inventor:    **Steven Hetrick**, Westminster, CA (US)

(73) Assignee:    **Mobile Hi-Tech Wheels**, Garden Grove, CA (US)

(✱✱) Term:    **14 Years**

(21) Appl. No.:    **29/308,490**

(22) Filed:    **Jun. 18, 2008**

(51) **LOC (8) Cl.** ................................................. **12-16**
(52) **U.S. Cl.** .................................................... **D12/211**
(58) **Field of Classification Search** ........ D12/204–213; 301/37.101, 64.101, 65, 64.201
       See application file for complete search history.

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D392,611 S | * | 3/1998 | Echazabal et al. | ......... D12/211 |
| D517,972 S | * | 3/2006 | Tirado | ................... D12/211 |
| D524,216 S | * | 7/2006 | Scheu | .................... D12/211 |
| D541,726 S | * | 5/2007 | Musser | ................... D12/211 |
| D545,750 S | * | 7/2007 | Young | .................... D12/211 |
| D546,265 S | * | 7/2007 | Young | .................... D12/211 |
| D549,634 S | * | 8/2007 | Foose | .................... D12/211 |
| D557,650 S | * | 12/2007 | Musser | ................... D12/211 |
| D570,760 S | * | 6/2008 | Hieke | .................... D12/211 |
| D573,083 S | * | 7/2008 | Hetrick | ................... D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Christie, Parker & Hale, LLP.

(57)              **CLAIM**

The ornamental design for vehicle-wheel front face, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a vehicle-wheel front face according to my new design;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a second embodiment of my design using six spokes instead of five;

FIG. 4 is a front elevational view of the second embodiment; and,

FIG. 5 is a side elevational view of both embodiments.

Portions of the wheel depicted in broken lines are for illustrative purposes only, and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





EXHIBIT 4
PAGE 7

**U.S. Patent**        Oct. 14, 2008        Sheet 1 of 5        US D578,459 S

*FIG.1*



EXHIBIT _A_
PAGE _8_

**U.S. Patent**       Oct. 14, 2008       Sheet 2 of 5       US D578,459 S

*FIG.2*



EXHIBIT *A*
PAGE *9*

**U.S. Patent**        Oct. 14, 2008        Sheet 3 of 5        US D578,459 S

*FIG.3*



EXHIBIT *A*
PAGE *10*

*FIG. 4*



EXHIBIT _A_
PAGE _11_

**U.S. Patent**    Oct. 14, 2008    Sheet 5 of 5    US D578,459 S

*FIG.5*



EXHIBIT *A*
PAGE *12*

# EXHIBIT B



US00D585808S

(12) **United States Design Patent**

Hetrick

(10) Patent No.: **US D585,808 S**

(45) Date of Patent: ** **Feb. 3, 2009**

(54) **VEHICLE-WHEEL FRONT FACE**

(75) Inventor: **Steven Hetrick**, Westminster, CA (US)

(73) Assignee: **Mobile Hi-Tech Wheels**, Garden Grove, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/308,477**

(22) Filed: **Jun. 18, 2008**

(51) LOC (9) Cl. .................................................. **12-16**
(52) U.S. Cl. ...................................................... **D12/211**
(58) Field of Classification Search ........ D12/204–213;
301/37.101, 64.101, 65, 64.201
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D446,493 S | * | 8/2001 | Sulahian et al. ............. | D12/211 |
| D454,107 S | * | 3/2002 | Chung ..................... | D12/211 |
| D458,208 S | * | 6/2002 | Hartl ........................ | D12/211 |
| D490,040 S | * | 5/2004 | Foose ...................... | D12/211 |
| D500,006 S | * | 12/2004 | Cahyono ................... | D12/211 |
| D535,242 S | * | 1/2007 | Lyew ...................... | D12/211 |
| D555,568 S | * | 11/2007 | Hetrick ..................... | D12/211 |
| D578,459 S | * | 10/2008 | Hetrick ..................... | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Christie, Parker & Hale, LLP

(57) **CLAIM**

The ornamental design for vehicle-wheel front face, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a vehicle-wheel front face according to my new design;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a side elevational view thereof;

FIG. 4 is a second embodiment of my design using five spokes instead of six;

FIG. 5 is a front elevational view of the second embodiment;

FIG. 6 is a side elevational view of the second embodiment;

FIG. 7 is a third embodiment of my design using eight spokes;

FIG. 8 is a front elevational view of the third embodiment; and,

FIG. 9 is a side elevational view of the third embodiment.

The broken line showing of the rear of the wheel rim, the bolt holes, and the circular elements on the rim between the spokes is included for the purpose of illustrating environment and forms no part of the claimed design.

1 Claim, 9 Drawing Sheets





EXHIBIT B
PAGE 13

**U.S. Patent**     Feb. 3, 2009     Sheet 1 of 9     **US D585,808 S**

*FIG.1*



EXHIBIT *B*
PAGE *14*

*FIG.2*



EXHIBIT *B*
PAGE *15*

**U.S. Patent**          Feb. 3, 2009          Sheet 3 of 9          US D585,808 S

*FIG.3*



EXHIBIT *B*
PAGE *16*

**U.S. Patent**      Feb. 3, 2009      Sheet 4 of 9      US D585,808 S

*FIG. 4*



EXHIBIT *B*
PAGE *17*

**U.S. Patent**        Feb. 3, 2009        Sheet 5 of 9        US D585,808 S

*FIG.5*



EXHIBIT *B*
PAGE *18*

**U.S. Patent**        Feb. 3, 2009        Sheet 6 of 9        **US D585,808 S**

<i>FIG.6</i>



EXHIBIT B
PAGE 19

**U.S. Patent**      Feb. 3, 2009      Sheet 7 of 9      **US D585,808 S**

*FIG.7*



EXHIBIT *B*
PAGE *20*

**U.S. Patent**    Feb. 3, 2009    Sheet 8 of 9    **US D585,808 S**

*FIG.8*



EXHIBIT *B*
PAGE *21*

**U.S. Patent**      Feb. 3, 2009      Sheet 9 of 9      US D585,808 S

*FIG.9*



EXHIBIT *B*
PAGE *22*

# EXHIBIT C



1
2
3

# No. °10

CHROME

18x7.5
20x8.0



HOME

WHEELS

APPLICATION

2009
CATALOG

CONTACT US

II CRAVE
OFFROAD



II Crave Alloys



## No. °10

**BLACK w/
MACHINED FACE
& CHROME LIP**

18x7.5
20x8.0

HOME

WHEELS

APPLICATION

2009
CATALOG

CONTACT US

II CRAVE
OFFROAD



EXHIBIT C
PAGE 24

II Crave Alloys                                                    Page 1 of 1



**No. °10**

**BLACK w/
MACHINED FACE
& BLACK LIP**

18x7.5
20x8.0

HOME

WHEELS

APPLICATION

2009
CATALOG

CONTACT US

II CRAVE
OFFROAD



EXHIBIT _C_
PAGE _25_



# No. °10

**BLACK w/
MACHINED FACE
& MACHINED LIP**

18x7.5
20x8.0



HOME

WHEELS

APPLICATION

2009
CATALOG

CONTACT US

II CRAVE
OFFROAD

EXHIBIT *C*
PAGE 26

# EXHIBIT D

MKW CUSTOM WHEELS                                                    Page 2 of 3



WHEELS

EXHIBIT D
PAGE 27

MKW CUSTOM WHEELS



WHEELS

EXHIBIT D
PAGE 28

# EXHIBIT E



**CHRISTIE | PARKER | HALE** LLP
Leaders in Intellectual Property Law & Complex Litigation

PASADENA OFFICE
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Post Office Box 7068
Pasadena, CA 91109-7068
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

February 5, 2009

President
II CRAVE ALLOY WHEELS
14770 E. Firestone Blvd., Suite 207
La Mirada, CA  90638

James B. Christie  (1904-1959)
Robert L. Parker  (1920-1980)
C. Russell Hale  (1916-2004)

D. Bruce Prout
Walter G. Maxwell
David A. Dillard
Thomas J. Daly
Edward R. Schwartz
John D. Carpenter
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Gary S. Dukarich
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
Saeid Mirsafian, Ph.D.
G. Warren Bleeker
Gabriel Fitch
Tiffany A. Parcher
Steven E. Lauridsen
Patrick J. Orme
Nikki M. Dossman
Derek W. Yeung
Jason C. Martone
Jeffrey T. Burgess
Uyen N. Tang
Joshua T. Chu
Anne F. Bradley
Joseph J. Mellema
Daniel L. Essig
Danielle M. Criona
David W. Klinger
Bruce A. Wagar, Ph.D.

Of Counsel
Hayden A. Carney
Richard J. Ward, Jr.
Richard A. Wallen
Daniel R. Kimbell

Re:    **Mobile Hi-Tech Wheel**
       **CPH Ref. M522:10**

Dear Sir:

      We are counsel to Mobile Hi-Tech Wheels ("MHT") of Garden Grove, California on intellectual property matters.

      MHT is the owner by assignment of United States Design Patent D578,459 entitled "Vehicle-Wheel Front Face" ("the '459 Patent") which issued on October 14, 2008.  A copy of which is enclosed for your reference.

      We have recently become aware of II Crave's Model No. 10 wheel which is shown in a printout enclosed herewith.  It is our opinion that the Model 10 is a clear infringement of MHT's patented design.

      As you may be aware, federal law provides for both monetary and injunctive relief for non-willful infringement whereas such damages may be trebled and attorney's fees awarded if such infringement is willful.  We therefore demand that II Crave:

      1.      Immediately cease all promotion and sales of its Model 10 wheel;

      2.      Provide us with a sworn statement attesting to the number of Model No. 10 wheels which II Crave has sold to date together with a copy of all invoices showing II Crave's sales of the Model No. 10 wheel so that an appropriate damages amount can be determined;

      3.      Identify by name and address the manufacturer of the Model No. 10 wheel; and

      4.      Identify by name and address the importer of the model No. 10 wheel.

EXHIBIT E
PAGE 29

**CHRISTIE | PARKER | HALE** LLP
Leaders in Intellectual Property Law & Complex Litigation

President
II CRAVE ALLOY WHEELS
February 5, 2009
Page 2

MHT is prepared to resolve the present matter on the basis of an immediate cessation of sales of the infringement wheel and payment of appropriate damages thereby foregoing remedies for willful infringement. However, II Crave's immediate cooperation is required to resolve this matter without litigation.

Please let us have your response to the foregoing demand by no later than February 18, 2009.

Very truly yours,

Edward R. Schwartz

ERS/blv
Enclosures as noted

cc:   Arthur Hale, Jr.
      Rick Pruden
      Anthony Cincotta

BLV PAS835270.1-*-02/4/09 4:53 PM

EXHIBIT _E_
PAGE _30_



# EXHIBIT F



Dear Mr. Edward Schwartz,

This letter is in response to a rather interesting letter we received from you regarding a "claim" from MHT that one of our designs is a willful infringement on their questionable patent.

We'd like some time to investigate this matter further before making any decisions on how to proceed, so we'll get back to you when we can. Please accept my sincere apology in this delay.

You will definitely be hearing back from us especially since some interesting points have surfaced regarding this accusation by MHT beyond what it seems.

FYI, style No.10 was our new style for 2009. However, the factory that was building this has shut down indefinitely due to the bad economy (along with many other overseas manufacturers) before making any completed products. All I've had was a sample and a photo from the factory so far.

(Frankly, I'm surprised that MHT even found out about this wheel. I've never imported, sold, nor advertised once on this style and most of my customers don't even know it exists.)

So we have actually been debating whether to drop this style at all since it's already too late for this season even if the factory restarts operation anytime soon. Besides, we haven't been getting that good of response on this design from whom we've presented to.

But now with this claim, we will see if we're going to change our mind. So we'll let you know if we're going to pursue this matter further.

Therefore, I'm sorry to disappoint you but there is neither punitive damage nor monetary compensation of any kind even if MHT can win with this false accusation.

I'm sure my customers can confirm my statement as you have been contacting them already.

If you have any other questions regarding this matter, please email me at info@2crave.com. It's the best way to reach me.

If you feel that there is still anything left to pursue on behalf of MHT (which I strongly doubt given the circumstances), you can talk to my legal team. I will have them contact you soon as we decide on how to proceed.

Thank you very much.


Sincerely,

Clyde
CEO
II Crave Alloys

EXHIBIT _F_
PAGE _37_

www.2crave.com          info@2crave.com
14770 E. Firestone Blvd. Ste. 207 La Mirada, CA 90638   Tel. (714) 523-7722   Fax. (714) 523-7707

# CERTIFICATE OF SERVICE

I certify that on December 3, 2009, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL** was served on the parties in this action by U.S. Postal Service, first class mail, addressed as follows:

Larry R. Schmadeka
David G. Majdali
Terry S. Park
LEE, HONG, DEGERMAN,
KANG & SCHMADEKA
Suite 2300
660 South Figueroa Street
Los Angeles, California 90017

email:   lschmadeka@lhlaw.com
         dmajdali@lhlaw.com
         tpark@lhlaw.com

Attorneys for Defendant,
MKW Alloy, Inc.

Evan M. Kent
Alexa L. Lewis
MITCHELL SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064

email:  emk@msk.com
        all@msk.com

Attorneys for Defendants,
Dzinesquare, Inc. and Young H. Kim

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 3, 2009 at Pasadena, California.

_____
Suzanne Swezey

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS<br><br>PLAINTIFF(S)<br><br>v.<br><br>MKW ALLOY, INC., DZINESQUARE, INC., YOUNG H. KIM, AND DARE TECHNOLOGIES, INC. dba DARE GLOBAL and DARE WHEEL MANUFACTURING CO., LTD<br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-5695 VBF (RCx)<br><br><br>**SUMMONS** |

TO:  DEFENDANT(S): DARE TECHNOLOGIES, INC. 
      dba DARE GLOBAL and DARE WHEEL MANUFACTURING, CO., LTD.

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☒  second  amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney,   Edward R. Schwartz, Esq.  , whose address is Christie, Parker & Hale, LLP, 350 W. Colorado Blvd., Ste 500, Pasadena, CA 91105 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   12-03-2009

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                    **SUMMONS**  ON SECOND AMENDED COMPLAINT                    CCD-1A