UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 09-5695-VBF(RCx)**                          Dated: **February 1, 2010**

Title:    Mobile Hi-Tech Wheels -v- MKW Alloy, Inc., et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

          Rita Sanchez                          None Present
          Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):**    **COURT ORDER RE MOBILE HI-TECH WHEELS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DARE TECHNOLOGIES, INC. [Dkt. #42]**

The Court has received Plaintiff Mobile Hi-Tech Wheels' Motion for Entry of Default Judgment Against Dare Technologies, Inc. (dkt. #42). The Court DENIES Plaintiff's Motion WITHOUT PREJUDICE on grounds that there is an error in the notice.

While Case No. CV 09-5695 is assigned to Judge Valerie Baker Fairbank, Plaintiff's Motion is noticed for a hearing in Courtroom 7 before the Honorable Dolly M. Gee at 9:30 a.m.  *See* Dkt. #42.

For the reasons set forth herein, the Court DENIES Plaintiff's Motion WITHOUT PREJUDICE. Plaintiff shall re-notice the hearing before Judge Valerie Baker Fairbank in Courtroom 9. In addition, the Court reminds counsel that civil motions are heard at 1:30 p.m.  *See* www.cacd.uscourts.gov > Judges' Procedures and Schedules > Hon. Valerie Baker Fairbank.

MINUTES FORM 90                          Initials of Deputy Clerk    rs
CIVIL - GEN

-1-