**EDWARD R. SCHWARTZ, CA Bar No. 147553**   JS-6
ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff,
MOBILE HI-TECH WHEELS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MOBILE HI-TECH WHEELS, | Case No. CV09-5695 VBF (RCx) |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND CONSENT DECREE** |
| MKW ALLOY, INC., DZINESQUARE, INC., YOUNG H. KIM and DARE TECHNOLOGIES, INC., | |
| Defendants. | |

The Court being fully advised in this matter and having read and considered the Joint Stipulation For Entry of Consent Decree that has been executed on behalf of Plaintiff, on the one hand, and Defendants, on the other hand, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction of the parties and of the subject matter of the action pursuant to 28 U.S.C. §1338;

2. Plaintiff, Mobile Hi-Tech Wheels ("MHT") is the owner of all rights in and to U.S. Patent Nos. D578,459 or D585,808 as shown in Exhibits 1 and 2 hereto respectively.

3. MHT has alleged that the Defendants, and each of them, have made, imported, offered to sell, and/or sold the N10 and/or A701 wheel designs, which

MHT alleges infringes on its U.S. Patent Nos. D578,459 or D585,808.

4. Defendants MKW Alloy, Inc., Dzinesquare, Inc., Young H. Kim and Dare Technologies, Inc., their principals, employees, successors, assigns and their agents and all those in privity with any of them are permanently enjoined from making, importing, offering to sell, or selling the N10 and A701 wheels;

5. Each of the parties respective claims and counterclaims are dismissed with prejudice, other than the relief stated in Paragraph 4 hereinabove;

6. Each of the parties shall bear its own costs, including attorney's fees, incurred in connection with this action;

7. This Court shall retain jurisdiction concerning enforcement of this Consent Decree; and

8. The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against the parties.

IT IS SO ORDERED.

DATED: October 28, 2010                  _____
                                         Hon. Valerie B. Fairbanks
                                         U.S. District Court Judge

**JOINT STIPULATION AND CONSENT TO ENTRY**

Whereas, Plaintiff Mobile Hi-Tech Wheels ("MHT") having filed a complaint in this action alleging Defendants MKW Alloy, Inc. (MKW"), Dzinesquare, Inc. ("Dzinesquare"), Young H. Kim ("Kim") and Dare Technologies, Inc. ("Dare") (collectively, "Parties") with patent infringement and the Parties hereto desiring and having agreed to settle the controversy between them;

The Parties and their respective counsel hereby stipulate and consent to the terms and conditions of this Joint Stipulation and [Proposed] Consent Decree as set forth herein and consent to the entry hereof. This Consent to Entry may be executed in one or more counterparts, each of which when so executed shall, together, constitute and be one and the same instrument. This stipulation shall be binding on and inure to the benefit of the Parties to it and their successors, heirs, and assignees.

DATED: October 27, 2010        CHRISTIE, PARKER & HALE, LLP

By   */s/ Edward R. Schwartz*
         Edward R. Schwartz

Attorneys for Plaintiff,
MOBILE HI-TECH WHEELS

DATED:  October 27, 2010       LEE, HONG, DEGERMAN, KANG & WAIMEY

By   */s/ Nilam J. Patel*
         Nilam J. Patel
         Larry R. Schmadeka

Attorneys for Defendant,
MKW ALLOY, INC.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 27, 2010 | LOWE & BAIK |
| 3 | | |
| 4 | | By  */s/Jeffre T. Lowe*<br>         Jeffre T. Lowe |
| 5 | | Attorneys for Defendants,<br>DZINESQUARE, INC. AND<br>YOUNG H. KIM |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | DATED: October 27, 2010 | RICHARD C. GILBERT & ASSOCIATES |
| 10 | | |
| 11 | | By  */s/ Richard C. Gilbert*<br>         Richard C. Gilbert |
| 12 | | Attorneys for Defendant,<br>DARE TECHNOLOGIES, INC. |

SES PAS923850.2-*-10/27/10 5:26 PM